FILED
2003 OCT 30 P 3: 22
US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | PRISONER |
| | : | NO. 3:02CV1098(CFD)(WIG) |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL. | : | OCTOBER 29, 2003 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in addition to any appearance already on file in regards to the above-captioned case.

Dated at Hartford, Connecticut, this 29th day of October, 2003.

DEFENDANTS,
Warden Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 29th day of October, 2003:

Earl Bates, Inmate No. 179696
Gates Correctional Institution
131 North Bridebrook Road
Niantic, CT 06357

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Department
Hartford, CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General

2