FILED

2003 NOV 17 P 12: 22

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Earl Bates                        :        PRISONER
                                           3:02CV1098(CFD)(WIG)
v.                                :

Warden Myers, et al               :        November 14, 2003

## MOTION FOR EXTENSION OF TIME

The defendants in the above-captioned matter respectfully move for thirty days from the date of this motion, up to and including **December 14**, 2003, within which to file an Answer and Affirmative Defenses. In support of this motion, the defendants represent the following:

1.  The undersigned counsel recently assumed responsibility for this matter when former counsel for the defendants, Assistant Attorney General Perry Zinn Rowthorn was assigned to a different Department within the Office of the Attorney General. The undersigned counsel requires time to familiarize herself with the file in order to file an answer;

2.  The volume of cases and the press of other matters makes more timely response most difficult;

3.  This is the first motion for an extension of time to file an Answer and Affirmative Defenses in the above-captioned matter; and

4.  Due to his incarceration, the undersigned counsel has not consulted with the plaintiff in this matter in order to determine his position with regard to this motion.

                                        DEFENDANTS,
                                        Warden Myers, et al

                                        RICHARD BLUMENTHAL
                                        ATTORNEY GENERAL

BY:                /s/ Lynn D. Wittenbrink
                     Lynn D. Wittenbrink
                     Assistant Attorney General
                     110 Sherman Street
                     Hartford, CT  06105
                     Federal Bar #ct08575
                     lynn.wittenbrink@po.state.ct.us
                     Tel: (860) 808-5450
                     Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid, on this 14th day of November 2003:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm St.
Hartford CT
06106

Earl Bates, # 179679
Garner Correctional Institution
50 Nunnawauk Rd.
PO Box 5500
Newtown, CT 06470

Lynn D. Wittenbrink
Assistant Attorney General