UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Earl Bates | : | PRISONER |
| | | 3:02CV1098(CFD)(WIG) |
| v. | : | |
| Warden Myers, et al | : | December 10, 2003 |

## MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The defendants in the above-captioned matter hereby respectfully move for an additional 60 days, up to and including February 8, 2004 within which to file a dispositive motion in the above-captioned matter. In support of this motion, the defendants represent the following:

1.  This is the first motion for an extension of time within which to file a dispositive motion since the undersigned counsel entered her appearance in this matter. The undersigned counsel has only this dated filed an answer to the complaint in this matter;

2.  Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3.  Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.

DEFENDANTS,
Warden Myers, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid, on this 10th day of December 2003:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm St.
Hartford CT
06106

Earl Bates, # 179696
Garner Correctional Institution
50 Nunnawauk Rd.
PO Box 5500
Newtown, CT 06470

_____
Lynn D. Wittenbrink
Assistant Attorney General