UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Earl Bates | : | PRISONER |
| | | 3:02CV1098(CFD)(WIG) |
| v. | : | |
| Warden Myers, et al | : | December 10, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES

The defendants hereby respond to the allegations of plaintiff's complaint in corresponding paragraphs:

1-4 as to the parties: Denied.

1. The defendants are without sufficient information upon which to form a belief and therefore leave the plaintiff to his proof.

2-6. Denied.

7-9. The defendants are without sufficient information upon which to form a belief and therefore leave the plaintiff to his proof.

10-12. Denied.

13-14. Admitted.

15. The defendants are without sufficient information upon which to form a belief and therefore leave the plaintiff to his proof.

16-17. Denied.

18. The defendants are without sufficient information upon which to form a belief and therefore leave the plaintiff to his proof.

## **AFFIRMATIVE DEFENSES**

The defendants assert the following Affirmative Defenses:

First Affirmative Defense:

The plaintiff fails to state a claim upon which relief can be granted.

Second Affirmative Defense:

The plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act.

Third Affirmative Defense

Each and every defendant in this action is entitled to qualified immunity.

Fourth Administrative Directive

The Eleventh Amendment provides immunity.

Fifth Affirmative Defense

The plaintiff's claims are precluded by Conn. Gen. Stat. §§ 4-141 through 4-164 and § 4-165.

Sixth Affirmative Defense

The defendants do not have sufficient personal involvement in any constitutional violations alleged.

Seventh Affirmative Defense

The plaintiff's claims are barred by the doctrines of collateral estoppel, res judicata and prior pending action.

DEFENDANTS,
Warden Myers, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid, on this 10th day of December 2003:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm St.
Hartford CT
06106

Earl Bates, # 179696
Garner Correctional Institution
50 Nunnawauk Rd.
PO Box 5500
Newtown, CT  06470

Lynn D. Wittenbrink
Assistant Attorney General