UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EARL BATES

    v.                                                  PRISONER
                                        Case No.   3:02CV1098 (CFD) (WIG)

WARDEN MYERS, et al.

## RULING AND ORDER

The defendants seek an extension of time to file an answer to the complaint. The Motion [doc. # 15] is GRANTED. The defendants shall file their answer on or before December 14, 2003.

SO ORDERED in Bridgeport, Connecticut, this the 19th of December, 2003.

                                                            */S/ William I. Garfinkel*

                                                            William I. Garfinkel
                                                            United States Magistrate Judge