UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EARL BATES

    v.                         PRISONER
                                      Case No.   3:02CV1098 (CFD) (WIG)

WARDEN MYERS, et al.

### RULING AND ORDER

The defendants seek an extension of time to file a dispositive motion in this case. The Motion [doc. # 20] is GRANTED. Any motions for summary judgment shall be filed on or before March 10, 2004.

SO ORDERED in Bridgeport, Connecticut, this __17th__ of February, 2004.

                                            /s/
                                            William I. Garfinkel
                                            United States Magistrate Judge