UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Earl Bates | : | PRISONER |
| | | 3:02CV1098(CFD)(WIG) |
| v. | : | |
| Warden Myers, et al | : | March 10, 2004 |

**DEFENDANTS' MOTION TO DEPOSE PERSON CONFINED IN PRISON**

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants in this matter request leave of the Court to depose the plaintiff, Earl Bates, a person confined at Garner Correctional Institution, 50 Nunnawauk Road, Newtown, Connecticut, on May 4, 2004, at 11:00 a.m. at said prison, and/or such further dates and locations as necessary, until such deposition is completed.

Defendants seek an opportunity to discover the nature and basis of plaintiff's claims in order to prepare for the trial of this matter. **WHEREFORE**, defendants respectfully request leave to depose Earl Bates, a person confined in prison.

DEFENDANTS,

Warden Myers, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid, on this 10th day of March 2004:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm St.
Hartford CT
06106

Earl Bates, # 179696
Garner Correctional Institution
50 Nunnawauk Rd.
PO Box 5500
Newtown, CT  06470

_____
Lynn D. Wittenbrink
Assistant Attorney General