UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EARL BATES

v.   PRISONER
Case No.   3:02CV1098 (CFD) (WIG)

WARDEN MYERS, et al.

RULING AND ORDER

The defendants seek leave to depose the plaintiff. The deadlines for completing discovery and filing dispositive motions have expired. Accordingly, the Motion for Leave to Depose Plaintiff [doc. # 22] is DENIED.

SO ORDERED in Bridgeport, Connecticut, this 29th day of March, 2004.

/S/ William I. Garfinkel
William I. Garfinkel
United States Magistrate Judge