UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | NO. 3:02CV1098(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL. | : | APRIL 1, 2004 |

## DEFENDANTS' MOTION FOR TRIAL DATE PRIOR TO SEPTEMBER 2004

The defendants in this matter respectfully move for an accelerated trial date. The plaintiff in this case alleges failure to protect him from assault by another inmate, specifically Dennis Bonner, Inmate No. 243324.[1] Inmate Bonner is therefore a material witness to this case. Inmate Bonner is due to be released from incarceration on September 1, 2004. See attached State of Connecticut Department of Correction RT screens. His testimony will be much more difficult to procure after that date. Discovery in this matter is over and the deadline for dispositive motions has passed. Accordingly, the defendants respectfully seek a trial sufficiently in advance of September 1, 2004 so that inmate Bonner's testimony can be presented at trial. Trial should not last more than three to four days.

---

[1] As the attached State of Connecticut Department of Correction RT screen demonstrates, Inmate Dennis Bonner is also known as aka Donnell Bay, Dennis Wilfand, Dennis Wilfong, Dennis Bonner-Wilfong, and Dennis Wilfang.

                                          DEFENDANTS,
                                          Warden Myers, et al.

                                          RICHARD BLUMENTHAL
                                          ATTORNEY GENERAL


                                          BY: /s/_____
                                          Lynn D. Wittenbrink
                                          Assistant Attorney General
                                          Federal Bar No. ct08575
                                          110 Sherman Street
                                          Hartford, CT 06105
                                          Telephone No.: (860) 808-5450
                                          Fax: (860) 808-5591
                                          lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid, on this 1st day of April, 2004:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm Street, PO Box 120
Special Litigation
Hartford CT 06106

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT 06470

                                          /s/_____
                                          Lynn D. Wittenbrink
                                          Assistant Attorney General