**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| EARL BATES | : | NO. 3:02CV1098(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL. | : | APRIL 1, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, **WARDEN MYERS, ET AL.**, have manually filed the following documents:

 A. RT Screens.

These documents have been filed electronically because:

[ X ] The documents cannot be converted to an electronic format.
[   ] The electronic file size of the document exceeds 1.5 megabytes.
[   ] The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

       Respectfully submitted,
       DEFENDANTS,
       Warden Myers, et al.

       RICHARD BLUMENTHAL
       ATTORNEY GENERAL


       BY:__/s/_____
       Lynn D. Wittenbrink
       Assistant Attorney General
       Federal Bar No. ct08575
       110 Sherman Street
       Hartford, CT  06105
       Telephone No. (860) 808-5450
       Fax No. (860) 808-5591
       lynn.wittenbrink@po.state.ct.us

# CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 1st day of April, 2004 to:

Perry Zinn Rowthorn
Assistant Attorney General
55 Elm Street, PO Box 120
Special Litigation
Hartford, CT  06106

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road, PO Box 5500
Newtown, CT  06470

    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General