UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | NO. 3:02CV1098(CFD) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL. | : | JUNE 15, 2004 |

### DEFENDANTS' NOTICE OF COMPLIANCE

The defendants hereby file notice that they complied with this Court's Pro Se Pretrial Order dated April 15, 2004, in that on May 24, 2004, a draft copy of the defendants' Proposed Pretrial Memorandum and Proposed Jury Instructions were sent to the plaintiff in order that he might adopt, supplement, or file his own Trial Memorandum on or before June 15, 2004. The plaintiff has not responded to counsel for the defendants, who now file their Pretrial Memorandum and Proposed Jury Instructions with this Court, as well as a Motion for Testimony of Incarcerated Witness, also previously provided to the plaintiff on May 24, 2004.

DEFENDANTS,
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
lynn.wittenbrink@po.state.ct.us
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of June 2004:

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road, PO 5500
Newtown, CT  06470

Perry Zinn-Rowthorn
Assistant Attorney General
Office of the Attorney General
Special Litigation and Charities
55 Elm Street, 4th Floor
Hartford, CT  06106

                                                      /s/_____
                                                      Lynn D. Wittenbrink
                                                      Assistant Attorney General

No. 003900503