UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | NO. 3:02CV1098(CFD) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL. | : | JUNE 15, 2004 |

## DEFENDANTS' TRIAL MEMORANDUM

**1.   Trial Counsel**

The plaintiff is representing himself.

The defendants will be represented by Assistant Attorney General Lynn D. Wittenbrink and possibly another Assistant Attorney General.

Address:

110 Sherman Street, Hartford, CT 06105.  860-808-5450.

**2.   Jurisdiction**

The plaintiff has invoked the jurisdiction of this Court pursuant to 42 U.S.C. § 1983.

**3.   Jury/Non-jury**

The plaintiff has made a jury demand.

**4.   Nature of Case**

The plaintiff alleges that the defendants failed to protect him from an assault.

**5.     Proposed Stipulations of Fact and Law**

1.     An altercation occurred on January 16, 2002 between inmates Earl Bates and Dennis Bonner, # 243324 in the cell that the two inmates shared at Northern Correctional Institution.

2.     At the time of the incident, both inmate Bates and inmate Bonner were in Administrative Segregation, Phase I, Level 5.

3.     Staff called a 'code blue' at the time of the incident.

4.     Pepper spray was utilized to break up the fight.

5.     Both inmates were removed from the cell and decontaminated.

6.     Both inmates were seen by medical staff.

7.     Inmate Bonner sustained injuries in the fight.

8.     Inmate Bonner was disciplined with regard to this incident.

9.     Both inmates were given direct orders to stop the fight.

10.    A K-9 dog was also used to break up the fight.

11.    The plaintiff declined to press outside charges against inmate Bonner.

12.    Bates and Bonner had been cellmates for some time previous without any fight occurring.

13.    After the incident the two inmates no longer shared a cell.

14.    The defendant Warden Larry Myers was not present during this incident.

15.    The defendant Major Coates was not present during this incident.

### 6. Plaintiff's Contentions

The plaintiff claims that the defendants deliberately failed to protect the plaintiff from assault by an inmate after being warned by the plaintiff that he expected to be harmed by this inmate.

### 7. Defendants' Contentions.

The defendants deny the plaintiff's contentions.

### 8. Legal Issues

Were the defendants deliberately indifferent to the plaintiff's safety? Has the plaintiff met both the subjective and objective prongs of the test set forth in *Farmer v. Brennan,* 511 U.S. 825 (1994)?

Are the defendants entitled to qualified immunity?

### 9. Voir Dire Questions

The defendants respectfully request that the following questions be asked of prospective jurors.

1. The plaintiff in this case is Earl Bates. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way?

2. The defendants in this case are Captain Maurice Butler, Major Thomas Coates and former Warden Larry Myers, all of the Connecticut Department of Correction which runs Connecticut's prison system. To the best of your knowledge, are you or any member of your family acquainted with any of them?

3. In addition to the parties, the following individuals may be witnesses in this case:

a. Inmate Dennis Bonner

b. Deputy Commissioner Brian Murphy

c. Correctional Officer Ron Young

d. Correctional Treatment Officer Scott Peterson

e. Correctional Treatment Officer Walter Edwards

f. Correctional Treatment Officer Jeffrey Pelkey

g. Warden Michael Lajoie

h. Captain M. Zacharewicz

i. Captain William Faneuff

j. Correctional Treatment Officer Ray Howard

k. Correctional Officer D. Wartz

l. Correctional Officer D. Lynch

m. Correctional Officer Mailhot

m. Nurse Hill

n. David Kube, R.N

o. Reginald McAllister

p. Lt. Dennis Oglesby

q. Major T. Rose

r. Robyn DiGennaro

s. Wayne Choinski

To the best of your knowledge, are you or any member of your family acquainted with any of these individuals?

4. To the best of your knowledge, have you, a member of your family or a close friend ever had an unpleasant experience with any correctional officer, which is the term for a prison guard? Have you ever been present when someone had an unpleasant experience with a correctional officer? Have you or someone close to you ever had an unpleasant experience with any law enforcement personnel? Have you or someone close to you ever been present during any unpleasant experience with law enforcement personnel?

5. If your response to question 4 is affirmative, describe the unpleasant experience of which you are aware.

6. Do any of you have an unfavorable opinion about correctional employees in general?

7. Do any of you feel that people who work in prisons are less likely to tell the truth than others?

8. If your response to questions 6 or 7 is affirmative, describe the nature of the unfavorable opinion that you hold concerning people who work in prisons.

9. Have you, a member of your family, or a close friend ever been an inmate?

10. Have you ever been in a prison for any reason?

11. Have you read, heard or been exposed to unfavorable comments about the Connecticut Department of Correction?

12. A portion of the testimony in this lawsuit will come from people who work in Connecticut's prisons, correctional personnel. Have you or any member of your family ever had a personal experience, heard anything, or read anything which might make it difficult for you to believe their testimony?

13. Do any of you believe, for any reason, that people who work in prisons have a tendency to abuse their authority?

14. Have you or a member of your family ever been employed by the State of Connecticut Department of Correction?

15. Do any of you believe that the testimony of a correctional employee is entitled to greater credibility than that of any other witness, merely by virtue of the fact that the testimony comes from a person employed to work in a prison?

16. Have you or a member of your family ever sued a correctional officer or employee, a police officer or the State of Connecticut or a municipality for any reason?

17. Have you or a member of your family ever been sued by the State of Connecticut or another governmental agency for any reason?

18. Do you believe that, merely because the defendants have been accused of violating the plaintiff's constitutional rights, they are probably guilty of some wrongdoing?

19. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to his case?

**10.** **List of Witnesses**

1. Warden Larry Myers, 24 Wolcott Hill Rd., Wethersfield, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

2. Major Thomas Coates, Osborn Correctional Institution, P.O. Box 100, Somers CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

3. Captain M. Butler, 24 Wolcott Hill Rd., Wethersfield, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

4. Earl Bates, Garner Correctional Institution, P.O. 5500, Newtown, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it

    a. Inmate Dennis Bonner, Northern Correctional Institution, PO Box 665, Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it.

  b. Deputy Commissioner Brian Murphy, 24 Wolcott Hill Rd., Wethersfield, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  c. Correctional Officer Ron Young, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it Northern Correctional Institution, PO Box 665, Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  d. Correctional Treatment Officer Scott Peterson, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  e. Correctional Treatment Officer Walter Edwards, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

      f.      Correctional Treatment Officer Jeffrey Pelkey, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

      g.      Warden Michael Lajoie, Corrigan-Radgowski Correctional Institution, 986 Norwich New London Tpke, Uncasville, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

      h.      Captain M. Zacharewicz, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

      i.      Captain William Faneuff, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

      j.      Correctional Treatment Officer Ray Howard, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  k. Correctional Officer D. Wartz, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee.  This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  l. Correctional Officer D. Lynch, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee.  This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  m. Correctional Officer Mailhot, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee.  This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  m. Nurse Hill, Northern Correctional Institution, PO Box 665, Somers, CT, and or her designee.  This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  n. David Kube, R.N, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee.  This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  o. Reginald McAllister, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  p. Lt. Dennis Oglesby, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  q. Major T. Rose, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and afterwards and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  r. Counselor Supervisor Robyn DeGennaro, Northern Correctional Institution, PO Box 665, Somers, CT, and or her designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and afterwards and policy and procedure at Northern Correctional Institution and within the Department of Correction.

  s. Warden Wayne Choinski, Northern Correctional Institution, PO Box 665, Somers, CT, and or his designee. This person will testify as to his knowledge of the event that is the subject of this lawsuit and the events leading up to it and afterwards and policy and procedure at Northern Correctional Institution and within the Department of Correction.

**11.** **Exhibits**

1. Redacted Incident Report package #0201063 with photos and videotape

2. Disciplinary Report package for 1/16/02 for Inmate Bonner

3. Disciplinary Report history for plaintiff

4. portions of plaintiff's master file and RT file

5. Administrative Directive 6.5 in effect at time of incident

6. Post Orders for Northern Correctional Institution

7. Grievances filed by the plaintiff

8. Grievances filed by inmate Bonner

9. portions of master and RT file of Inmate Bonner

10. Inmate Handbook

11. Administrative Directive 9.6 in effect at time of incident

12. Inmate Request Forms filed by the plaintiff

13. Inmate Request Forms filed by Inmate Bonner

14. Records regarding plaintiff's conviction history

**12.** **Deposition Testimony**

The defendants do not anticipate any deposition testimony in this matter.

**13.** **Requests for Jury Instructions**

See attached.

**14.    Anticipated Evidentiary Problems**

The defendants anticipate no evidentiary problems.

**15.    Proposed Findings and Conclusions**

n/a

**16.    Further Proceedings**

The defendants anticipate no further proceedings.

**17.    Election for Trial by Magistrate**

The parties have not agreed to a trial by a Magistrate Judge.

> DEFENDANTS,
> Larry Myers, et al
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:__/s/_____
> Lynn D. Wittenbrink
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT  06105
> Federal Bar No. ct08575
> lynn.wittenbrink@po.state.ct.us
> Telephone No.: (860) 808-5450
> Fax No.: (860) 808-5591

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of June 2004:

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road, PO 5500
Newtown, CT  06470

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
Special Litigation and Charities
55 Elm Street, 4th Floor
Hartford, CT  06106

                                                    /s/_____
                                                Lynn D. Wittenbrink
                                                Assistant Attorney General

No. 003898261

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | NO. 3:02CV1098(CFD)(WIG) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL | : | JUNE 15, 2004 |

**MOTION FOR TESTIMONY OF INCARCERATED WITNESS**

The defendants in the above-captioned matter move this Court to compel the attendance of an incarcerated witness who refuses to testify voluntarily, namely, Dennis Bonner, inmate #243324, currently at Northern Correctional Institution, aka Donnell Bay, Dennis Wilfand, Dennis Wilfong, Dennis Bonner-Wilfong, and Dennis Wilfang. This person is the alleged assailant of the plaintiff in this matter in which the plaintiff claims that the defendant correctional officials exhibited deliberate indifference by failing to protect him from assault.

DEFENDANTS,
Larry Myers, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
lynn.wittenbrink@po.state.ct.us
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed to the following on this 15th day of June 2004:

Earl Bates, Inmate No. 179696
Garner Correctional Institution
50 Nunnawauk Road, PO 5500
Newtown, CT  06470

Perry Zinn Rowthorn
Assistant Attorney General
Special Litigation and Charities
55 Elm Street, 4th Floor
Hartford, CT  06106

                                                    /s/
                                            Lynn D. Wittenbrink
                                            Assistant Attorney General

No. 003898261