UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EARL BATES,<br>　　Plaintiff, | :<br>:<br>: |
| v. | : Case No. 3:02 CV 1098 (CFD)(WIG) |
| WARDEN MYERS, ET AL.,<br>　　Defendants. | :<br>:<br>: |

FILED

2004 JUN 22 P 3: 14

U.S. DISTRICT COURT
HARTFORD, CT.

## ORDER

On April 15, 2004, this Court issued a Pro Se Pretrial Order [Doc. #26]. On June 15, 2004, the defendants filed a Notice of Compliance [Doc. #27]. To date, the plaintiff has yet to respond to the Pretrial Order or the defendants' Proposed Pretrial Memorandum.

The plaintiff is ordered to file a response before **July 9, 2004**. Failure to respond may result in dismissal of the case.

SO ORDERED this 22nd day of June 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE

1