1.)

```
                                              FILED
                                         2004 JUL -8  A 8:06
                                         U.S. DISTRICT COURT
                                           HARTFORD, CT.
```

Earl Bates

   v.                              No. 3:02cv1098 (CFD)

Warden Myers, ET. AL.

July 2, 2004

Plaintiff's Trail Memorandum

### 1.) Trail Counsel

The plaintiff is representing himself.

### 2.) Jurisdiction

The plaintiff has invoked the jurisdiction of this Court pursuant to 42 U.S.C. § 1983.

### 3.) Jury

The plaintiff has made a jury demand

### 4.) Nature of Case

The plaintiff states that the defendants failed to protect me from a prisoner assault.

2.)

5.) <u>Facts</u>

1.) A assault occured on January 16, 2002 between inmates Earl Bates and Dennis Bonner. The plaintiff was assaulted by Dennis Bonner while he was in handcuffs.

2.) Pepper spray was utilized to break up the assault.

3.) The plaintiff was seen by medical for head injuries.

4.) The plaintiff wanted to press outside charges on inmate Dennis Bonner, but the defendants did not allow me to.

5.) The plaintiff and inmate Dennis Bonner had many fights before the defendants decided to move us apart.

6.) Defendant Warden Myers was the Warden of the prison.

7.) Defendant Major Coates was the Major of the prison.

8.) Defendant Captain Butler was present dure the assault.

6.) <u>Plaintiff's Contentions</u>

1.) The plaintiff states that the defendants deliberately failed to protect the plaintiff from assault after being warned.

3.)

7) <u>Legal Issues</u>

1.) The defendants were deliberately indifferent to the plaintiff's safety. The plaintiff has met both the subjective and objective prongs set forth in Farmer v. Brennam 511 U.S. 825 (1994)

8.) <u>Voir Dire Questions</u>

The plaintiff respectfully request that the following questions be asked of prospective jurors.

1.) The plaintiff in this case is Earl Bates. To the best of your knowledge, do you know the name plaintiff.

2.) The defendants in this case are Captain Maurice Butler, Major Thomas Coates and Warden Larry Myers. To the best of your knowledge, do you know the name defendants.

3.) In addition to the parties, the following individuals may be witnesses in this case:
    a.) Inmate Dennis Bonner
    b.) Warden Myers
    c.) Major Coates
    d.) Captain Butler
    e.) C.T.O. Walter Edwards
    f.) Nurse Hill
    g.) Nurse Reginald McAllister
    h.) LT. Dennis Oglesby
    I.) Counselor Robyn DiGennaro
    J.)

4.) Do you have any opinions concerning the name of the prison where the allegations of the complaint arose.

5.) Have you or any member of your family or close friend ever been the victim of a crime?
What was the nature of the crime?
Was the perpetrator punished?
What was the results?
Were you satisfied with the results?

6.) Have you or has any member of your family ever held any job in a law enforcement agency?

7.) Do you know anyone who was or is employed by or in any way connected with the prison where the allegations of the complaint arose?

8.) Does your job cause you to work with any law enforcement officer or agency?

9.) In this case the defendants are represented by attorneys for the Attorney General's Office. Do you understand that this title has no particular significance, and that these attorneys are merely lawyers employed by the state?

10.) Have you ever been inside a jail or prison?
In what circumstances?

11.) Do you think prisoners are treated too lightly?

12.) Do you believe prisoners should be treated good and fair?

13.) Do you think prisoners are afforded too many privileges.

14.) Do you think a person loses any rights when he or she is sent to prison.

15.) Under what circumstances do you think corporal punishment of a prisoner is appropriate?

16.) Do you believe that prisoners are entitled to humane and fair treatment

17.) If someone is harmed by the actions of another person under what circumstances should he bring a lawsuit and be compensated for the harm inflicted by the prison official?

18.) What do you think should be done to a prison official if it shown that sat by an watch a assault or fight take place?

19.) If a prisoner an a prison official give conflicting testimony about the same incident, which one would you be inclined to believe and why?

20.) If you knew someone had been convicted of a crime, would that make you less likely to believe he or she was telling the truth?

21.) Under what circumstances would a prison official be likely to give false testimony?

22.) Do you think that a prison guard is more likely to tell the truth than a prisoner?

23.) Under what circumstances do you think people who work together on the same jobs are likely to protect a co-worker they suspect of wrong doing?

24.) If you were in a position to hire someone, under what circumstances would you hire a person with a criminal record?

9.) <u>List of Witnesses</u>

1.) Warden Larry Myers 24 Wolcott Hill Rd. Wethersfield, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will also speak about the policy and procedures.

2.) Major Thomas Coates Osborn Correctional Institution P.O. Box 100 Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will also speak about the policy and procedures.

3.) Captain Maurice Butler 24 Wolcott Hill Rd. Wetherfield CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will also speak about the policy and procedures.

4.) Inmate Dennis Bonner Northern Correctional Institution P.O. Box 665, Somers CT. This person will testify as to his knowledge of the event that is the subject matter.

5.) Correctional Treatment Officer Walter Edwards Northern Correctional Institution P.O. Box 665 Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will testify to policy and procedures.

6.) Lieutenant Oglesby Northern Correctional Institution P.O. Box 665 Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will also speak about the policy and procedures.

7.) Counselor Supervisor Robyn Digennaro Northern Correctional Institution P.O. Box 665 Somers, CT. This person will testify as to her knowledge of the event that is the subject of this lawsuit. This person will also speak about the policy and procedures.

8.) Nurse Hill Northern Correctional Institution P.O. Box 665 Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will also speak about the policy and procedures.

9.) Nurse Reginald McAllister Northern Correctional Institution P.O. Box 665 Somers, CT. This person will testify as to his knowledge of the event that is the subject of this lawsuit. This person will speak about the policy and procedures.

10.) The plaintiff requests to cross examine any of the defendants witnesses.

10.) <u>Exhibits</u>

1.) Incident report package
2.) Grievances filed by the plaintiff

3.) Inmate requests forms filed by the plaintiff

11.) <u>Evidentiary Problems</u>

The plaintiff anticipate no evidentiary problems

12.) <u>Further Proceedings</u>

The plaintiff requests a attorney by motion for the final proceeding.

13.) <u>Election for Trail by Magistrate</u>

The parties have not agreed to a trail by a Magistrate Judge.

7-2-04

Earl Hater

Mr. Earl Bates #179696
50 Nunnawauk Rd
Newtown, CT 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 2nd day of July 2004:

United States District Court
Clerk Office
450 Main Street
Hartford, CT 06103

Assistant Attorney General
Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

7-2-04
Earl Bates