1.)

United States District Court
District of Connecticut
FILED AT       HARTFORD
7/8 20 04
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

Earl Bates

   V.                     No. 3:02 CV 1098 (CFD)

Warden Myers, ET. AL.


July 2, 2004


Plaintiffs Proposed Jury Instructions

Pursuant to the defendants proposed Jury Instruction, the plaintiff adopts to the defendants Jury instructions. The plaintiff would like the court to consider this request.


7-2-04

Earl Bates

2.)

Mr. Earl Bates #179696
50 Nunnawauk Rd
Newtown, CT 06470

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this <u>2nd</u> day of July 2004:

United States District Court
Clerks Office
450 Main Street
Hartford, CT 06103

Assistant Attorney General
Lynn D. Wittenbrink
110 Sherman Street
Hartford, CT 06105

7-2-04
Earl Bates