25

Denied. So ordered.
/s/ USDJ 7/14/04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EARL BATES : NO. 3:02CV1098(CFD)(WIG)

VS. :

WARDEN MYERS, ET AL. : APRIL 1, 2004

### DEFENDANTS' MOTION FOR TRIAL DATE PRIOR TO SEPTEMBER 2004

The defendants in this matter respectfully move for an accelerated trial date. The plaintiff in this case alleges failure to protect him from assault by another inmate, specifically Dennis Bonner, Inmate No. 243324.[1] Inmate Bonner is therefore a material witness to this case. Inmate Bonner is due to be released from incarceration on September 1, 2004. See attached State of Connecticut Department of Correction RT screens. His testimony will be much more difficult to procure after that date. Discovery in this matter is over and the deadline for dispositive motions has passed. Accordingly, the defendants respectfully seek a trial sufficiently in advance of September 1, 2004 so that inmate Bonner's testimony can be presented at trial. Trial should not last more than three to four days.

---

[1] As the attached State of Connecticut Department of Correction RT screen demonstrates, Inmate Dennis Bonner is also known as aka Donnell Bay, Dennis Wilfand, Dennis Wilfong, Dennis Bonner-Wilfong, and Dennis Wilfang.