# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| EARL BATES, : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No. 3:02 CV 1098 (CFD) |
| : | |
| WARDEN MYERS, ET AL., : | |
|     Defendants. : | |

## NOTICE

Jury selection will not be held in this matter on August 18, 2004. Counsel will be advised of a new date.

SO ORDERED this  9th  day of August 2004, at Hartford, Connecticut.

                                                                            /s/ CFD
                                                       **CHRISTOPHER F. DRONEY**
                                                       **UNITED STATES DISTRICT JUDGE**