

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Earl Bates                              :     ~~PRISONER~~
                                                  3:02CV1098(CFD)(WIG)
        v.                              :

Warden Myers, et al                     :        December 10, 2003

### MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

The defendants in the above-captioned matter hereby respectfully move for an additional 60 days, up to and including February 8, 2004 within which to file a dispositive motion in the above-captioned matter. In support of this motion, the defendants represent the following:

1.      This is the first motion for an extension of time within which to file a dispositive motion since the undersigned counsel entered her appearance in this matter. The undersigned counsel has only this dated filed an answer to the complaint in this matter;

2.      Due to the volume of cases assigned to the undersigned counsel and the press of other matters, more timely response is most difficult; and

3.      Due to his incarceration, the plaintiff has not been contacted in order to determine his position with regard to this motion.