UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 FEB -1  P 3: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

EARL BATES

v.                                    CIVIL NO: 3:02CV1098(CFD)

WARDEN MYERS, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 29 and at the Court's request, <u>Joseph M. Pastore, III, Esquire, of Brown, Raysman, Millstein, Felder & Steiner, Cityplace II, 185 Asylum Street, Hartford, CT 06103, Tel: (860) 275-6400</u> is appointed as counsel for the plaintiff, <u>Earl Bates</u>, in the above-captioned case. Counsel is directed to contact the above-named plaintiff as soon as possible and file a <u>pro bono</u> appearance in this case.

Dated at Bridgeport, Connecticut this 1st day of February, 2005.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney