02cv1098mtestm

28

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 15 P 1: 43
U.S. DISTRICT COURT
HARTFORD, CT.

| EARL BATES | : | NO. 3:02CV1098(CFD)(WIG) |
| VS. | : | |
| WARDEN MYERS, ET AL | : | JUNE 15, 2004 |

## MOTION FOR TESTIMONY OF INCARCERATED WITNESS

The defendants in the above-captioned matter move this Court to compel the attendance of an incarcerated witness who refuses to testify voluntarily, namely, Dennis Bonner, inmate #243324, currently at Northern Correctional Institution, aka Donnell Bay, Dennis Wilfand, Dennis Wilfong, Dennis Bonner-Wilfong, and Dennis Wilfang. This person is the alleged assailant of the plaintiff in this matter in which the plaintiff claims that the defendant correctional officials exhibited deliberate indifference by failing to protect him from assault.

DEFENDANTS,
Larry Myers, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar No. ct08575
lynn.wittenbrink@po.state.ct.us
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591

*Handwritten annotations:* "Denied, without prejudice. So ordered. C.[signature] 2/8/05" ; "2005 FEB -8 P 2:54"