UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EARL BATES                            :     CIVIL NO. 3:02CV1098(CFD)

        V.                            :

WARDEN MYERS, ET AL.                  :     FEBRUARY 10, 2005

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, Warden Myers, Major Coates

and Captain Butler, in their official and individual capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 10th day of February, 2005.

DEFENDANTS
Warden Myers, Et Al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
    Steven R. Strom
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  steven.strom@po.state.ct.us
    Federal Bar #ct01211

**CERTIFICATION**

I hereby certify that a copy of the foregoing was faxed and mailed to the following on

this 10th day of February, 2005:

Joseph M. Pastore, III
Brown, Raysman, Millstein, Felder & Steiner
Cityplace II
185 Asylum Street
Hartford, CT 06103


                             __/s/_____
                             Steven R. Strom
                             Assistant Attorney General