1.)

02cv1098mapptcnsl

FILED

2004 JUN 22  A 11: 08

U.S. DISTRICT COURT
HARTFORD, CT.

Earl Bates

v.

Warden Myers, ET. AL

Case No. 3:02CV1098 (CFD)

June 17, 2004

Second Motion for appointment
of Counsel

The plaintiff _Earl Bates_ pursuant to $1915, requests this court to appoint counsel to represent him in this case for the following reasons:

1.) The plaintiff is unable to afford counsel.

2.) The issues involved in this case are complex.

3.) The plaintiff has extremely limited access to a law library.

4.) The plaintiff is uneducated an has limited knowledge of law.

Affidavit in support of the Plaintiffs motion for the appointment of counsel

I _Earl Bates_, being duly sworn, deposes and says:

Denied as moot. So ordered.

'Vitale 2/8/05

2005 FEB -8 P 2:54