# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------X

**EARL BATES**              :
      **Plaintiff,**

                    :

           v.                        **CIVIL ACTION NO.**
                                    **3:02 CV 1098 (CFD)(WIG)**

                    :

**WARDEN MEYERS**           :
**MAJOR COATES,**
**AND CAPTAIN BUTLER**
      **Defendants.**        :

                          **FEBRUARY 14, 2005**

---------------------------------------------------------X

## PRO BONO APPEARANCE

Please enter the appearance of Joseph M. Pastore III as *pro bono* counsel for the

Plaintiff, Earl Bates, in the above-captioned matter.

                  PLAINTIFF
                  EARL BATES,

                  By: _____
                  Joseph M. Pastore III (ct11431)
                  Brown Raysman Millstein Felder & Steiner LLP
                  CityPlace II, 10th Floor
                  185 Asylum Street
                  Hartford, CT 06103
                  Phone: 860-275-6400
                  Fax: 860-275-6410

## CERTIFICATION OF SERVICE

This is to certify that on this 14th day of February, 2005, the a copy of the foregoing

was mailed via first-class mail, postage prepaid to:


Lynn D. Wittenbrink, Esq.
Attorney General's Office
State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for the Defendants

Perry A. Zinn Rowthorn, Esq.
Attorney General's Office
Special Litigation
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120
Attorney for the Defendants

_____
Joseph M. Pastore III