UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------------X
**EARL BATES**                                          :
      **Plaintiff,**
                                        :

         v.                                      CIVIL ACTION NO.
                                                        3:02 CV 1098 (CFD)(WIG)
                                        :

**WARDEN MEYERS**                                       :
**MAJOR COATES,**
**AND CAPTAIN BUTLER**                                  :
      **Defendants.**                                 **FEBRUARY 18, 2005**

----------------------------------------------------------X

### DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

    In accordance with the Court's order on the February 10, 2005, teleconference, Defendants respectfully request that the Court grant leave to the defendants to depose the plaintiff, Earl Bates, in the above-captioned matter.

    On February 17, 2005, and on February 18, 2005, the Parties conferred concerning discovery needed to get this case ready for trial and hereby report to this Court as follows:

    1. In addition to the discovery set forth in the accompanying Joint Discovery Motion, the defendants respectfully seek leave to depose the plaintiff, Earl Bates. The plaintiff's counsel have agreed to make the plaintiff available for deposition on a mutually agreed upon date.

1

        DEFENDANTS
        WARDEN MEYERS, MAJOR
        COATES, AND CAPTAIN BUTLER

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        By:_____
        Steven R. Strom
        ct01211
        Lynn D. Wittenbrink
        ct08575
        Assistant Attorneys General
        110 Sherman Street
        Hartford, CT  06105
        Tel: 860-808-5450
        FAX:  860-808-5591
        steven.strom@po.state.ct.us
        lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this ___ day of February 2005 to:

Joseph M. Pastore III
Brown Raysman Millstein
Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

        _____
        Steven R. Strom
        Assistant Attorney General

HARTFORD 116168v2