UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------X
EARL BATES                                          :
    Plaintiff,
                                                    :
        v.                                         CIVIL ACTION NO.
                                                       3:02 CV 1098 (CFD)(WIG)
                                                    :
WARDEN MEYERS                                       :
MAJOR COATES,
AND CAPTAIN BUTLER                                  :
    Defendants.                                 FEBRUARY 17, 2005

---------------------------------------------------X


**JOINT DISCOVERY MOTION**

In accordance with the Court's order on the February 10, 2005, teleconference, Plaintiff and Defendant (the "Parties") hereby move this Court to grant the following Joint Discovery Motion in the above-captioned matter.

On February 17, 2005, the Parties conferred and hereby report to this Court as follows:

(a) Due to the recent appointment and appearance of Joseph M. Pastore III of Brown Raysman Millstein Felder & Steiner LLP as *pro bono* counsel to Plaintiff, the Plaintiff seeks to depose, pursuant to Rules 26(d) and 30(a)(2)(c), and the Defendants have agreed to make available, the following witnesses later than Monday, May 16, 2005, on mutually agreed upon dates:

    1) Defendant Warden Larry Myers;

        2)        Defendant Major Thomas Coates;

        3)        Defendant Captain Maurice Butler;

(b)    The Parties jointly seek the deposition of Inmate Bonner and jointly move for permission to depose this incarcerated person pursuant to Federal Rule of Civil Procedure 30(a)(2) on a mutually agreed upon date no later than May 16, 2005;

(c)    The Plaintiff seeks to depose and the Defendants will endeavor to make available the Third Party Witness Hill who is listed as Nurse Hill at the time of the incident in question and may or may not continue to work for the State of Connecticut. This deposition would likewise take place on a mutually agreed upon date no later than May 16, 2005;

(d)    The Parties are continuing to confer about the scope of written interrogatories and will, if necessary, seek the Court's intervention.

Respectfully submitted by,

| | |
|---|---|
| PLAINTIFF<br>EARL BATES | DEFENDANTS<br>WARDEN MEYERS, MAJOR<br>COATES, AND CAPTAIN BUTLER<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |

By: _____
Joseph M. Pastore III (ct11431)
Brown Raysman Millstein
Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: 860-275-6400
Fax: 860-275-6410

By: _____
Lynn D. Wittenbrink, Esq.
Office of the Attorney General
State of Connecticut
110 Sherman Street
Hartford, CT 06105
lynn.wittenbrink@po.state.ct.us
ct08575
Phone: 860-808-5450
Fax: 860-808-5591


By: _____
Steven R. Strom
Office of the Attorney General
110 Sherman Street
Hartford, Connecticut 06105
ct012211
Phone: 860-808-5450
Fax: 860-808-5591

HARTFORD 116168v3