UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **EARL BATES** : | **CIVIL ACTION NO.** |
| Plaintiff, : | **3:02 CV 1098 (CFD)(WIG)** |
| : | |
| v. : | |
| : | |
| **WARDEN MEYERS** : | |
| **MAJOR COATES,** | |
| **AND CAPTAIN BUTLER** : | |
| Defendants. : | **FEBRUARY 18, 2005** |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for defendants, Assistant Attorney General Perry Zinn Rowthorn, hereby moves to withdraw his appearance in the above-captioned case. The undersigned has been transferred to another department within the Office of the Attorney General and no longer has any responsibilities for this case. Substitute counsel have appeared on behalf of the defendants.

WHEREFORE, undersigned counsel respectfully requests that his motion to withdraw be granted.

        DEFENDANTS

        MAJOR WARDEN MEYERS,
        MAJOR COATES,
        AND CAPTAIN BUTLER


By: _____
    Perry Zinn Rowthorn
    Assistant Attorney General
    Fed Bar No. ct19749
    Office of the Attorney General
    55 Elm Street, PO Box 120
    Hartford, CT 06141-0120
    Perry.Zinn-Rowthorn@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 18th day of February, 2005 to:

Joseph M. Pastore, III
Brown Raysman Millstein
Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103

Lynn Wittenbrink, AAG
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Steve Strom, AAG
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Perry Zinn Rowthorn
Assistant Attorney General