50

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 FEB 22 P 1:09
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------X
**EARL BATES**
    Plaintiff,

v.

CIVIL ACTION NO.
3:02 CV 1098 (CFD)(WIG)

**WARDEN MEYERS
MAJOR COATES,
AND CAPTAIN BUTLER**
    Defendants.

FEBRUARY 17, 2005

------------------------------X

Granted. So ordered.
/s/ WIG 3/4/05

## JOINT DISCOVERY MOTION

In accordance with the Court's order on the February 10, 2005, teleconference, Plaintiff and Defendant (the "Parties") hereby move this Court to grant the following Joint Discovery Motion in the above-captioned matter.

On February 17, 2005, the Parties conferred and hereby report to this Court as follows:

    (a)    Due to the recent appointment and appearance of Joseph M. Pastore III of Brown Raysman Millstein Felder & Steiner LLP as *pro bono* counsel to Plaintiff, the Plaintiff seeks to depose, pursuant to Rules 26(d) and 30(a)(2)(c), and the Defendants have agreed to make available, the following witnesses later than Monday, May 16, 2005, on mutually agreed upon dates:

    1)    Defendant Warden Larry Myers;

HARTFORD 116168v3