UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------X
EARL BATES                           :
     Plaintiff,
                                     :
           v.                            CIVIL ACTION NO.
                                         3:02 CV 1098 (CFD)(WIG)
                                     :

WARDEN MEYERS                        :
MAJOR COATES,
AND CAPTAIN BUTLER                   :
     Defendants.                         MARCH 8, 2005


-------------------------------------------------X
```

### PRO BONO APPEARANCE

Please enter the appearance of Stephen J. Brown as *pro bono* counsel for the Plaintiff, Earl Bates, in the above-captioned matter.

> PLAINTIFF
> EARL BATES,
>
> By: /s/ Stephen J. Brown
> Stephen J. Brown (ct 26559)
> Brown Raysman Millstein Felder & Steiner LLP
> CityPlace II, 10th Floor
> 185 Asylum Street
> Hartford, CT 06103
> Phone: 860-275-6400
> Fax: 860-275-6410

HARTFORD 117133v1

## CERTIFICATION OF SERVICE

This is to certify that on this 8th day of March, 2005, the a copy of the foregoing was mailed via first-class mail, postage prepaid to:

Lynn D. Wittenbrink, Esq.
Attorney General's Office
State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for the Defendants
Phone: 860-808-5450
Fax: 860-808-5591

Steven R. Strom, Esq.
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman Street
Hartford, CT 06105
Phone: 860-808-5450
Fax: 860-808-5591

Stephen J. Brown

HARTFORD 117133v1