49

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 FEB 22  P 1: 09
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------X
**EARL BATES**
   **Plaintiff,**

    v.      CIVIL ACTION NO.
           3:02 CV 1098 (CFD)(WIG)

**WARDEN MEYERS**
**MAJOR COATES,**
**AND CAPTAIN BUTLER**
   **Defendants.**       **FEBRUARY 18, 2005**

------------------------------------------------------X

Granted. So ordered. /s/ 3/4/05

## DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF

In accordance with the Court's order on the February 10, 2005, teleconference, Defendants respectfully request that the Court grant leave to the defendants to depose the plaintiff, Earl Bates, in the above-captioned matter.

On February 17, 2005, and on February 18, 2005, the Parties conferred concerning discovery needed to get this case ready for trial and hereby report to this Court as follows:

1. In addition to the discovery set forth in the accompanying Joint Discovery Motion, the defendants respectfully seek leave to depose the plaintiff, Earl Bates. The plaintiff's counsel have agreed to make the plaintiff available for deposition on a mutually agreed upon date.

CONSENT CERTIFICATION