UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------X
**EARL BATES**         :
    **Plaintiff,**

                        :

       v.         CIVIL ACTION NO.
                                3:02 CV 1098 (CFD)(WIG)

                        :

**WARDEN MEYERS**         :
**MAJOR COATES,**
**AND CAPTAIN BUTLER**    :
    **Defendants.**
                                MARCH 11, 2005

-------------------------------------------------X

## PRO BONO APPEARANCE

Please enter the appearance of Brenda M. Hamilton as *pro bono* counsel for the Plaintiff, Earl Bates, in the above-captioned matter.

                    PLAINTIFF
                    EARL BATES,

                    By: /s/ Brenda M. Hamilton
                    Brenda M. Hamilton (ct023683)
                    BROWN RAYSMAN MILLSTEIN
                     FELDER & STEINER LLP
                    CityPlace II, 10th Floor
                    185 Asylum Street
                    Hartford, CT 06103
                    Phone: 860-275-6400
                    Fax: 860-275-6410

## CERTIFICATION OF SERVICE

This is to certify that on this 11th day of March, 2005, the a copy of the foregoing was mailed via first-class mail, postage prepaid to:

Lynn D. Wittenbrink, Esq.
Steven R. Strom, Esq.
ATTORNEY GENERAL'S OFFICE
State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for the Defendants
Phone: 860-808-5450
Fax: 860-808-5591

*Brenda M. Hamilton*
Brenda M. Hamilton

HARTFORD 117240v1