UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------X

EARL BATES
    Plaintiff,

v.                     CIVIL ACTION NO.
                        3:02 CV 1098 (CFD)(WIG)

WARDEN MEYERS
MAJOR COATES,
AND CAPTAIN BUTLER
    Defendants.               MARCH 11, 2005

------------------------------------------------X

*[Handwritten in left margin: Approved and so ordered. /s/ USDJ 4/14/05]*

## PROPOSED SCHEDULING ORDER

Pursuant to Rule 26(f) and 16(b), as well as this Court's Order, the Parties jointly submit the following proposed schedule:

1. Discovery shall commence immediately and shall be completed by **May 31, 2005**.

2. Plaintiff agrees to provide to Defendants any and all documents referred to in the Complaint or otherwise relevant to this matter not otherwise deemed privileged no later than **March 21, 2005**.

3. The deposition of Plaintiff Earl Bates shall be held on **March 24, 2005,** and continue day to day, on mutually agreed-upon dates, until complete at the offices of Brown Raysman Millstein Felder & Steiner, CityPlace II, 10th Floor, 185 Asylum Street, Hartford, Connecticut 06105. The parties are in the process of exchanging mutually agreeable dates for depositions of those persons previously agreed upon and ordered by the Court.

4. The Parties shall exchange any documents or other items intended to be introduced as Exhibits at trial no later than **April 15, 2005**.

5. The Parties shall exchange their Proposed Witness Lists no later than **April 22, 2005**.

6. The Parties shall provide a written Status Report to the Court on or before **May 2, 2005** detailing the status of discovery and dates that counsel are available for trial.

7. The depositions of fact witnesses shall commence immediately and shall be completed no later than **May 23, 2005**.

8. All dispositive motions shall be filed no later than **June 7, 2005**.

9. The Parties shall submit their Notice of Trial Readiness and Pre-Trial Memorandum no later than **June 28, 2005** if no dispostive motions are made, or 30 days from the decision of the last dispositive motion.

10. The Parties have not yet reached an agreement regarding written discovery to be issued by Plaintiff and hereby reserve the right to seek recourse from the Court.

Respectfully submitted by,

| PLAINTIFF | DEFENDANTS |
|---|---|
| EARL BATES | WARDEN MEYERS, MAJOR COATES, AND CAPTAIN BUTLER |
| | RICHARD BLUMENTHAL ATTORNEY GENERAL |

By: *Brenda M. Hamilton*
Joseph M. Pastore III (ct11431)
Brenda M. Hamilton (ct023683)
BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: 860-275-6400
Fax: 860-275-6410

By:_____
Lynn D. Wittenbrink, Esq. (ct08575)
Steven R. Strom, Esq. (ct01211)
OFFICE OF THE ATTORNEY GENERAL
State of Connecticut
110 Sherman Street
Hartford, CT 06105
lynn.wittenbrink@po.state.ct.us
steven.strom@po.state.ct.us
Phone: 860-808-5450
Fax: 860-808-5591

HARTFORD 117261v2

5. The Parties shall exchange their Proposed Witness Lists no later than **April 22, 2005**.

6. The Parties shall provide a written Status Report to the Court on or before **May 2, 2005** detailing the status of discovery and dates that counsel are available for trial.

7. The depositions of fact witnesses shall commence immediately and shall be completed no later than **May 23, 2005**.

8. All dispositive motions shall be filed no later than **June 7, 2005**.

9. The Parties shall submit their Notice of Trial Readiness and Pre-Trial Memorandum no later than **June 28, 2005** if no dispostive motions are made, or 30 days from the decision of the last dispositive motion.

10. The Parties have not yet reached an agreement regarding written discovery to be issued by Plaintiff and hereby reserve the right to seek recourse from the Court.

Respectfully submitted by,

PLAINTIFF
EARL BATES

By: _Brenda M. Hamilton_
Joseph M. Pastore III (ct11431)
Brenda M. Hamilton (ct023683)
BROWN RAYSMAN MILLSTEIN
  FELDER & STEINER LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: 860-275-6400
Fax: 860-275-6410

DEFENDANTS
WARDEN MEYERS, MAJOR
COATES, AND CAPTAIN BUTLER

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _Lynn D. Wittenbrink_
Lynn D. Wittenbrink, Esq. (ct08575)
Steven R. Strom, Esq. (ct01211)
OFFICE OF THE ATTORNEY GENERAL
State of Connecticut
110 Sherman Street
Hartford, CT 06105
lynn.wittenbrink@po.state.ct.us
steven.strom@po.state.ct.us
Phone: 860-808-5450
Fax: 860-808-5591

HARTFORD 117261v2