UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | PRISONER |
| | | 3:02CV1098(CFD) |
| v. | : | |
| WARDEN MYERS, ET AL | : | May 2, 2005 |

## JOINT STATUS REPORT OF THE PARTIES

I.  **Status of Discovery**

The parties jointly submit this report to apprise the Court of the status of discovery thus far, and provide dates that the parties are available for trial.

1.  The defendants have completed the deposition of the plaintiff, Earl Bates.

2.  The defendants have subpoenaed, and both parties are scheduled to participate in the deposition of Donnell Bay a/k/a Dennis Bonner, the other inmate involved in the altercation that is the subject of this lawsuit on May 6, 2005, at Northern Correctional Institution.

3.  The plaintiff has noticed the depositions of the defendant Larry Myers and the witness Nancy Hill for May 9, 2005, a date mutually agreed upon by the parties.

4.  The plaintiff has noticed the depositions of the defendants Maurice Butler and Thomas Coates for May 16th, also a date mutually agreeable to the parties with an agreement that should the scheduled execution of Michal Ross be delayed past the May 11, 2005 date currently scheduled such that it interferes with the

schedules of Butler or Coates on or around May 16th, a new mutually agreeable date will be selected.

5. The parties have exchanged witness lists and documents or items expected to be used at trial as Exhibits.

6. The defendants' written discovery has been issued and the plaintiff has responded.

7. In plaintiff's deposition notices dated April 25, 2005, the plaintiff issued production requests pursuant to Rules 30(b)(5) and 34 of the Federal Rules of Civil Procedure. The defendants have not yet complied and intend to comply only with those portions of the requests that they do not object to, all in accordance with Rule 34 of the Federal Rules of Civil Procedure.

II. **Trial Availability**

Counsel for the defendants are available for trial on the following dates:

**After September 6, 2005.**

Counsel for the plaintiff are available for trial on the following dates:

**After September 16, 2005.**

Respectfully submitted by,

| | |
|---|---|
| PLAINTIFF<br>EARL BATES | DEFENDANTS<br>WARDEN MEYERS, MAJOR<br>COATES, AND CAPTAIN BUTLER<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |

By: /s/ Stephen J. Brown
Joseph M. Pastore III (ct11431)
Stephen J. Brown (ct26559)
Brown Raysman Millstein
Felder & Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
Phone: 860-275-6400
Fax: 860-275-6410

By: /s/ Lynn D. Wittenbrink
Lynn D. Wittenbrink, Esq.
Office of the Attorney General
State of Connecticut
110 Sherman Street
Hartford, CT 06105
lynn.wittenbrink@po.state.ct.us
ct08575
Phone: 860-808-5450
Fax: 860-808-5591

By:_____
Steven R. Strom
Office of the Attorney General
State of Connecticut
110 Sherman Street
Hartford, CT 06105
steven.strom@po.state.ct.us
ct012211
Phone: 860-808-5450
Fax: 860-808-5591

HARTFORD 119543v2

## CERTIFICATION OF SERVICE

This is to certify that on this 2nd day of May, 2005, the a copy of the foregoing was sent via Facsimile to:

Lynn D. Wittenbrink, Esq.
Steven R. Strom, Esq.
ATTORNEY GENERAL'S OFFICE
State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for the Defendants
Phone: 860-808-5450
Fax: 860-808-5591

Stephen J. Brown

HARTFORD 117240v1