UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Earl Bates | : | NO. 3:02CV1098(CFD) |
| vs. | : | |
| Warden Myers, et al. | : | MAY 23, 2005 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS AND FOR MODIFICATION OF SCHEDULING ORDER**

The defendants in the above-captioned matter respectfully move for thirty days from the date of this motion, up to and including **June 22**, **2005**, within which to file their response to those production requests of the plaintiff dated April 25, 2005, which have not been already responded to and to which defendants have not objected. The defendants note that they have already provided some responsive documents and are simultaneous with this filing providing plaintiff's counsel with objections to their requests. In further support of this motion, the defendants represent the following:

1. Both Assistant Attorneys General working on this matter have been inordinately busy lately with numerous matters including legal challenges concerning Connecticut's recent execution;

2. The volume of cases and the press of other matters makes more timely response most difficult;

3. This is the **first** motion for an extension of time to respond to plaintiff's most recent request for document production. Other discovery has been proceeding apace and in conformity with the joint scheduling order approved by the Court.

4. The undersigned counsel both called and emailed opposing counsel but was unable to determine plaintiff's position with regard to this motion.

                    DEFENDANTS,
                    Warden Myers, et al

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:   __/s/_____
        Lynn D. Wittenbrink
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct08575
        lynn.wittenbrink@po.state.ct.us
        Tel: (860) 808-5450
        Fax: (860) 808-5591

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid, on this 23d day of May 2005:

Stephen J. Brown
Brown Raysman Millstein Felder & Steiner-Htfd
CityPlace II
185 Asylum Street, 10th Floor
Hartford, CT 06103

    /s/
Lynn D. Wittenbrink
Assistant Attorney General