**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| EARL BATES, | : |
|     Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:02CV1098(CFD) |
| | : |
| WARDEN MYERS, et al., | : |
|     Defendants | : |

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

**X**    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____    A recommended ruling on the following motions which are currently pending:  (orefm.)

_____    A ruling on the following motion which is currently pending:  (orefm.)

_____    A settlement conference (orefmisc./cnf)

_____    A conference to discuss and approve the following:  (orefmisc./cnf)

_____    Other:  (orefmisc./misc) _____

**SO ORDERED** this __21st__ day of June 2005, at Hartford, Connecticut.


                                                                                 /s/ CFD
                                                                                **CHRISTOPHER F. DRONEY**
                                                                                **UNITED STATES DISTRICT JUDGE**