UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------- X
                                         :
EARL BATES                               :
        PLAINTIFF,                       :      PRISONER
                                         :      3:02 CV 1098 (CFD)
                                         :
    v,                                   :
                                         :
WARDEN MEYERS, ET AL.                    :
                                         :
        DEFENDANT.                       :      JUNE 27, 2005
---------------------------------------- X

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to L. R. Civ. P. 7(b)(3), the parties hereby jointly move for an extension

of time up to and including *45 days after the conclusion of discovery* to file their Notice

of Trial Readiness and Pre-Trial Memorandum. This is the parties' first request for an

extension of time with respect to the Notice of Trial Readiness and Pre-Trial

Memorandum. *It is necessary because discovery is ongoing.* This matter is not yet

scheduled for trial.

Respectfully submitted by,

PLAINTIFF                          DEFENDANTS
EARL BATES                         WARDEN MEYERS, MAJOR
                                   COATES, AND CAPTAIN
                                   BUTLER

                                   RICHARD BLUMENTHAL
                                   ATTORNEY GENERAL


By: *Brenda M. Hamilton*           By: *Lynn D. Wittenbrink*
  Joseph M. Pastore III (ct11431)    Lynn D. Wittenbrink (ct08575)
  Brenda M. Hamilton (ct22683)       Steven R. Strom (ct012211)
  Stephen J. Brown (ct 26559)        Office of the Attorney General
  Brown Raysman Millstein            State of Connecticut
    Felder & Steiner LLP             110 Sherman Street
  CityPlace II, 10th Floor           Hartford, CT 06105
  185 Asylum Street                  Tel:  860-808-5450
  Hartford, CT 06103                 Fax: 860-808-5591
  Tel: 860-275-6400
  Fax: 860-275-6410

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, a copy of the foregoing Joint Motion for

Extension of Time was sent via facsimile and first-class mail, postage prepaid, to:

Lynn D. Wittenbrink, Esq.
Steven R. Strom, Esq.
OFFICE OF THE ATTORNEY GENERAL
State of Connecticut
110 Sherman Street
Hartford, Connecticut 06105
Attorney for the Defendants
Tel: 860-808-5450
Fax: 860-808-5591


                              _Brenda M. Hamilton_
                              Brenda M. Hamilton

HARTFORD 123140v1