UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES, | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02 CV 1098 (CFD) |
| WARDEN MYERS, et al., | : | |
|     Defendants. | : | |

## ORDER RE: SCHEDULING OF TRIAL

All counsel of record are ordered to appear before the Court, on **September 9, 2005, at 10:00 A.M.** to discuss the trial readiness and scheduling of this case for trial.

Counsel are to discuss in advance the following matters and should be prepared to provide the court with the following information jointly:

1. A list of dates between September 1, 2005 and February 28, 2006 when counsel are unavailable for trial;

2. How long the trial is expected to last;

3. Issues raised in the pre-trial memorandum which need to be resolved in advance of trial;

4. Whether the parties would be agreeable to having their case heard by Magistrate Judge Thomas P. Smith; and

5. Whether a settlement conference would be appropriate.

**NOTE**: As of September 9, 2005, this case is considered ready for immediate trial.

SO **ORDERED** this __10th__ day of August 2005, at Hartford Connecticut.

    /s/ CFD
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE