UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES | : | CIVIL NO. |
| | | 3:02CV1098(CFD) |
| v. | : | |
| LARRY MYERS, ET AL | : | SEPTEMBER 6, 2003 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL**

The defendants in the above-captioned matter hereby respectfully move for an additional 30 days, up to and including October 6, 2005, within which to file a responsive pleading. In support of this motion, the defendants represent the following:

1. This is the first motion for an extension of time to file a response to plaintiff's recent motion that has been filed in this case;

2. Attorney Strom has been on vacation during the tow weeks since the motion was filed on Friday, August 16, 2005, and the undersigned counsel has been extremely busy with the press of numerous deadlines and is in the process of moving; and

3. The undersigned counsel has contacted plaintiff's counsel in an effort to determine the plaintiff's position with regard to this motion but has not yet heard the plaintiff's position.

WHEREFORE, the defendants respectfully seek an additional 30 days within which to respond to the plaintiff's lengthy Motion to Compel.

DEFENDANTS
Larry Myers, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following, first-class postage prepaid on this 6th day of September 2005:

Stephen J. Brown
Brown Raysman Millstein Felder & Steiner-Htfd
CityPlace II
185 Asylum Street, 10th Floor
Hartford, CT 06103

   /s/_____
Lynn D. Wittenbrink
Assistant Attorney General