UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EARL BATES, | : | CIVIL NO. 3:02CV1098(CFD)(TPS) |
| *Plaintiff,* | : | |
| v. | : | |
| | : | |
| LARRY MYERS, ET AL, | : | |
| *Defendants* | : | NOVEMBER 4, 2005 |

## RULE 41 STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties stipulate that the above captioned case may be dismissed with prejudice and without costs.

PLAINTIFF,                                                          DEFENDANTS,

Earl Bates                                                            Larry Myers, et. al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Stephen J. Brown                          BY: /s/ Steven R. Strom
Stephen J. Brown #ct26559                      Steven R. Strom, Fed. Bar #ct01211
Brenda M. Hamilton #ct023683                Lynn D. Wittenbrink
Brown Raysman Millstein Felder & Steiner   Assistant Attorneys General
85 Asylum Street, 10th Floor                     Office of the Attorney General
Hartford, CT 06103                                    110 Sherman Street
Tel.: 860-275-6438                                    Hartford, CT 06105
Fax: 860-275-6410                                    Tel.: 860-808-5450
Email: sbrown@brownraysman.com         Fax: 860-808-5591
                                                                  steven.strom@po.state.ct.us


Approved and So Ordered.

By The Court

_____
U.S.D.J./ Clerk/Deputy Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing was emailed this 9th day of November, 2005, first class postage prepaid, to:

Stephen J. Brown
Brenda M. Hamilton
Brown Raysman Millstein Felder & Steiner
85 Asylum Street, 10th Floor
Hartford, CT 06103
Email: sbrown@brownraysman.com

_____
Steven R. Strom
Assistant Attorney General

2

HARTFORD 127498v4